# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHECKERS TRUCK STOP, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO: CIV-14-1296-L |
| SOUTHERN INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the attorneys of record for all parties and hereby stipulate and agree that the above captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein, and state that a compromise settlement covering all claims has been made between and among the parties, with each party to bear its own attorney fees and costs.

Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

Respectfully submitted,

s/ J. Drew Houghton
J. DREW HOUGHTON, OBA #18080
FOSHEE & YAFFE
P. O. Box 890420
Oklahoma City, OK 73189
Telephone: (405) 232-8080
Facsimile: (405) 601-1103
dhoughton@fosheeyaffe.com

1

Phillip N. Sanov
MERLIN LAW GROUP
Three Riverway, Suite 701
Houston, TX 77056
psanov@merlinlawgroup.com

- and -

Larry Bache
MERLIN LAW GROUP
777 S. Harbour Blvd., 9th Floor
Tampa, FL 33602
lbache@merlinlawgroup.com

*Attorneys for Plaintiff*

and

s/ Lance E. Leffel
Lance E. Leffel, OBA #19511
The Sweet Law Firm
24 West Park Place
Oklahoma City, OK 73103
(405) 601-9400 Telephone
(405) 601-9444 Facsimile
E-mail: lance@sweetlawfirm.com

*Attorney for Defendant Southern Insurance Company*